ORDERED UNSEALED on 07/3/2024 s/ andreasar

SEALED

s/ A. Santiago

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>CYRUS THOMAS SMITH,<br>Defendant. | Case No.: '24 MJ2503 BLM<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. §922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

On or about May 21, 2024, within the Southern District of California, defendant CYRUS THOMAS SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 13 rounds of Winchester 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

SKYELER ANTONINO
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 1st day of July 2024.

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On May 21, 2024, at approximately 5:15 p.m. the San Diego Police Department received a radio call from an individual with the initials A.K. asking for Officers to respond to 3614 32nd Street, Unit #A, San Diego, California 92104 (the "Residence"), which is within the Southern District of California. The Residence is owned by A.K. When police arrived, A.K. advised that the Residence was most recently rented to Cyrus Thomas SMITH and that SMITH had been evicted from the Residence pursuant to an eviction notice filed on May 7, 2024. A.K. further advised Officers that SMITH had taken only some of his (SMITH's) property when vacating the Residence.

A.K. advised police that as he (A.K.) was removing SMITH's remaining property from the Residence on May 9, 2024, A.K. saw multiple firearms in the Residence. After finding the firearms in the Residence, A.K. stated he consulted with an attorney before calling police, and ultimately decided to call police upon learning that SMITH was returning to the Residence to retrieve the rest of his property.

The Officers that responded to the Residence on May 21, 2024, were given access to the Residence by A.K. Upon entering the Residence, Officers observed equipment typically used to manufacture firearms, including "jigs" and handgun frames. Officers also observed two locked ammunition cans, a ballistic body armor plate, four high-capacity ammunition magazines compatible with rifle-styled firearms, a 50-round ammunition magazine compatible with semiautomatic handguns, and three locked safes. The handgun frames, jigs, body armor, and the 50-round ammunition magazine were in various mailing boxes—each bearing SMITH's name. SMITH arrived at the Residence while police were there with A.K.. SMITH was then arrested for multiple state firearm crimes.

Later in the evening on May 21, 2024, police obtained and executed a state search warrant for the safes found at the Residence. A search of the safes pursuant to the state search warrant revealed, among other items, a wallet containing SMITH's driver's licenses from California and Wisconsin, four loaded ammunition magazines, a loaded polymer P80 handgun (commonly referred to as a "ghost gun"), approximately 12 "lightning links" that

are commonly used to convert semiautomatic assault rifles into fully automatic assault rifles, and suspected controlled substances, including suspected Ketamine. Included among the ammunition seized from the Residence were approximately 13 rounds of Winchester brand 9mm ammunition.




**Images of ammunition and SMITH's identification, seized from the Residence on May 21, 2024**

Records checks on SMITH revealed the following relevant criminal history:

| **Conviction Date** | **Court of Conviction** | **Charge** | **Imprisonment** |
|---|---|---|---|
| 11/03/2015 | CASC – San Diego | Cal. P.C. §211 – Robbery (Felony) | 365 Days Jail; 3 Years Probation |

The ammunition was seized and inspected. Preliminary checks revealed that none of the Winchester-branded ammunition was manufactured in California. Therefore, the

Winchester-branded ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause destruction of evidence, or have a negative impact on this continuing investigation.